(88 South. 925)

JONES v. JARMAN. (2 Div. 222.) (Court of Appeals of Alabama. Feb. 15, 1921.) Appeal from Circuit Court, Sumter County; R. I. Jones, Judge. Action between Wood Jones and P. B. Jarman. From a judgment therein,

the former appeals. Appeal dismissed. F. F. Windham, of Tuscaloosa, for appellant. Patton & Patton, of Livingston, for appellee.

MERRITT, J. On motion of the appellee, the appeal in this case is dismissed for want of prosecution. Appeal dismissed.